593 S.E.2d 145

**In the Matter of Mark Alexander PEARSON, Respondent.**

Supreme Court of South Carolina.

Jan. 29, 2004.

### ORDER

On August 25, 2003, Respondent was suspended for a period of 146 days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

/s/*Jean H. Toal*, C.J.
FOR THE COURT